JOHN DOBSON, Appellant, *v.* BAY RIDGE OPERATING COMPANY, INC., Respondent.

*Appeal — failure to file undertaking — motion to dismiss granted.*

*Dobson* v. *Bay Ridge Operating Co.*, 210 App. Div. 693, appeal dismissed.

(Submitted October 19, 1925; decided October 27, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1924, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground of failure to file the required undertaking.

*Harry H. Brown* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.